**Order filed February 9, 2017**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-16-00932-CV
_____

**JOHN LEONARD, Appellant**

**V.**

**SPENCER TRACY KNIGHT, Appellee**

___

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-23987**

___

## O R D E R

This is an appeal from a judgment signed August 10, 2016. Appellant timely filed a post judgment motion. The notice of appeal was due November 8, 2016. *See* Tex. R. App. P. 26.1. On November 9, 2016, a date within 15 days of the due date for the notice of appeal, appellant mailed his notice of appeal to the district clerk. The clerk received the notice of appeal within 10 days of the due date for the notice of appeal. Accordingly, the notice of appeal is deemed to have been filed on November 9, 2016. *See* Tex. R. Civ. P. 5; *see also* Tex. R. App. P. 9.2(b)(1).

A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal by **February 21, 2017**. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM